# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 9252-8595 QUÉBEC INC. and ) <br> 9199-4467 QUÉBEC INC. d/b/a Earth ) <br> Rated, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> POOPBAGS.COM, LLC, ) <br> POOPBAGS, INC., and PAUL ) <br> CANNELLA, ) <br>  ) <br> Defendants. ) <br>  ) | CIVIL ACTION FILE <br><br> NO. 1:16-cv-01902-MHC <br><br> Judge Mark H. Cohen |

## CONSENT MOTION TO FILE SECOND AMENDED COMPLAINT AND EXTEND DISCOVERY PERIOD

COME NOW Plaintiffs 9252-8595 Quebec Inc. and 9199-4467 Quebec Inc. d/b/a Earth Rated (collectively "Plaintiffs") and Defendants PoopBags.com, LLC, PoopBags, Inc., and Paul Cannella (collectively "Defendants"), through their attorneys, and file this Consent Motion: (1) to permit Plaintiffs to file the Second Amended Complaint ("Second Amended Complaint"), attached hereto as <u>Exhibit 1</u>, pursuant to Fed. R. Civ. P. 15(a)(2); and (2) to extend the discovery period for an additional four months from the filing of the Second Amended Complaint to

allow for discovery relating to the new claims asserted therein and to complete discovery relating to the initial claims.

Rule 15(a)(2) provides that a party may amend its pleading with the opposing party's written consent or the Court's leave. Fed. R. Civ. P. 15(a)(2). Plaintiffs seek to amend its First Amended Complaint to add an additional claim for trade dress infringement based on changes to Defendants' product packaging that were recently made and that Plaintiffs contend make Defendants' packaging confusingly similar to Plaintiffs' packaging. Defendants consent to the filing of Plaintiff's Second Amended Complaint by virtue of this Consent Motion.

Additionally, the parties consent to an extension of the discovery period for an additional four months following the grant of this Motion and filing of Plaintiffs' Second Amended Complaint. Although the discovery period in this case is currently set to close on July 25, 2017, the parties agreed to pause discovery efforts while engaging in settlement discussions, which are on-going. The parties are in the process of scheduling a mediation in an attempt to resolve the case. The parties request this extension to allow for them to conduct a mediation and to permit time for additional discovery for the parties to complete discovery for the initial claims and the new trade dress infringement claim should mediation prove unsuccessful in resolving the case.

WHEREFORE, the parties' respectfully request that this Consent Motion be granted, that Plaintiffs be permitted to file the Second Amended Complaint, and that the discovery period be extended by four months from the date the Second Amended Complaint is filed. A proposed Order granting this Motion is attached as <u>Exhibit 2</u>.

Respectfully submitted, this 14th day of July, 2017.

**CONSENTED TO:**

| /s/*Mark S. VanderBroek* | /s/*Bryan G. Harrison* |
|---|---|
| Mark S. VanderBroek | Bryan G. Harrison *(w/express permission)* |
| Georgia Bar No. 724440 | Georgia Bar No. 331750 |
| mark.vanderbroek@nelsonmullins.com | bryan.harrison@lockelord.com |
| George S. Ray | |
| Georgia Bar No. 304849 | LOCKE LORD LLP |
| george.ray@nelsonmullins.com | Terminus 200, Suite 1200 |
| | 3333 Piedmont Road NE |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | Atlanta, GA 30305 |
| | (404) 870-4600 (phone) |
| Atlantic Station / 201 17th Street NW | (404) 872-5547 (facsimile) |
| Suite 1700 | |
| Atlanta, GA  30363 | *Attorney for Defendants* |
| (404) 322-6000 (phone) | |
| (404) 322-6050 (facsimile) | |
| | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using Times New Roman, 14-point font.

/s/*Mark S. VanderBroek*
Mark S. VanderBroek
Georgia Bar No. 724440

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I electronically filed the foregoing ***CONSENT MOTION TO FILE SECOND AMENDED COMPLAINT AND EXTEND DISCOVERY PERIOD*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305

/s/*Mark S. VanderBroek*
Mark S. VanderBroek
Georgia Bar No. 724440